*Averum J. Sprecher*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided July 17, 2001

## STATE OF CONNECTICUT *v.* XAVIER WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 138 (AC 18234), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Timothy E. Welsh*, in support of the petition.

*Michael L. Regan*, senior assistant state's attorney, in opposition.

Decided July 17, 2001

## STATE OF CONNECTICUT *v.* SANTOS PARIS

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 284 (AC 18471), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided July 17, 2001